JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-EASTERN DISTRICT

| | |
|---|---|
| RHONDA M. DRESHER, | ) CASE NUMBER:  5:14-cv-02536-R-SP |
| Plaintiff, | ) ORDER REGARDING STIPULATION TO REMAND TO SUPERIOR COURT |
| v. | |
| TARGET CORPORATION; and DOES 1 through 50, Inclusive, | |
| Defendants. | |

After reading and considering the stipulation between the parties it is hereby ordered that this case be REMANDED to the San Bernardino Superior Court.

**IT IS SO ORDERED:**

DATED: February 5, 2015

JUDGE MANUEL L. REAL
UNITED STATES DISTRICT COURT